818 A.2d 1285

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Shawn SUTTON, Petitioner.**

Supreme Court of Pennsylvania.

March 14, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of March, 2003, the petition for allowance of appeal is granted. The order of the Superior Court is vacated and the matter is remanded to the Superior Court to address the merits of the issues raised by Petitioner.